UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER AULD, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:16-cv-938 |
| | § § | |
| METROPOLITAN LLOYDS INSURANCE COMPANY OF TEXAS, | § § § | **(JURY)** |
| Defendant. | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Plaintiff Christopher Auld, and Defendant Metropolitan Lloyds Insurance Company of Texas, and file this Stipulation of Dismissal With Prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii) and in support thereof would show the Court as follows:

1. Plaintiff is Christopher Auld.  Defendant is Metropolitan Lloyds Insurance Company of Texas.

2. Plaintiff filed suit against Defendant arising out of a homeowners' insurance claim arising from storm damage that occurred on or about May 25, 2015.

4. Plaintiff and Defendant have reached a compromise and settlement regarding the claims in this lawsuit.  As a result, Plaintiff desires to dismiss with prejudice all claims and causes of action asserted against Defendant.  Plaintiff and Defendant agree to this dismissal with prejudice.

5. This case is not a class action.

6. A receiver has not been appointed in this action.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - Page 1**

7.  This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8.  Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

9.  This dismissal is requested to be with prejudice as to Defendant Metropolitan Lloyds Insurance Company of Texas.

        Respectfully submitted,

        /s/ - *James Willis*
        James Willis
        Daly & Black, P.C.
        2211 Norfolk St., Suite 800
        Houston, Texas  77098
        713-655-1405
        713-655-1587 – fax
        SBN 24088654
        jwillis@dalyblack.com
        ATTORNEY FOR PLAINTIFF

        *AND*

        /s/ - *Dennis D. Conder*
        Dennis D. Conder
        Stacy | Conder | Allen LLP
        901 Main Street, Suite 6200
        Dallas, Texas  75202
        214-748-5000
        214-748-1421 – fax
        conder@stacyconder.com
        SBN 04656400
        ATTORNEY FOR DEFENDANT

PAN/PLDG/580566.1/001466.16875

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - Page 2**